IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JUSTIN JEROME DAVIS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00447 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GERALD MCPEAK, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

This matter is before me on plaintiff Justin Jerome Davis's motion to voluntarily dismiss his complaint filed pursuant to 42 U.S.C. § 1983. Having considered the motion, it is hereby **ORDERED** that Davis's motion (Docket No. 16) is **GRANTED**, the complaint is **DISMISSED without prejudice**, defendants' motion to dismiss (Docket No. 13) is **DISMISSED without prejudice**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order to the parties.

ENTER: This 19th day of October, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE